IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MIKE MCCARTY**                                                                 **PLAINTIFF**

**V.**                             **CASE NO.: 5:12-cv-00148-JMM**

**FARM BUREAU MUTUAL INSURANCE
COMPANY OF ARKANSAS, INC. and
SOUTHERN FARM BUREAU CASUALTY
INSURANCE COMPANY**                                      **DEFENDANTS**

## MOTION FOR VOLUNTARY DISMISSAL OF
## FARM BUREAU MUTUAL INSURANCE COMPANY OF ARKANSAS, INC.

Plaintiff, Mike McCarty, by and through his attorneys, Banks Law Firm, PLLC, and for his Motion for Voluntary Dismissal of Farm Bureau Mutual Insurance Company of Arkansas, Inc., states as follows:

1. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff moves to voluntarily dismiss separate defendant Farm Bureau Mutual Insurance Company of Arkansas, Inc. without prejudice.

2. Plaintiff intends to continue to pursue his claim in accordance with the Court's Scheduling Order against defendant Southern Farm Bureau Casualty Insurance Company.

                                                        Respectfully submitted,

                                                        MIKE McCARTY, Plaintiff

                                                        BANKS LAW FIRM, PLLC
                                                        P.O. Box 251310
                                                        Little Rock, AR  72225-1310
                                                        (501) 280-0100
                                                        (501) 280-0166 (facsimile)

                                                        /s/ Charles A. Banks
                            By:_____
                                                        Charles A. Banks (73004)
                                                        cbanks@bankslawfirm.us

            Robert W. Francis (2007032)
            rfrancis@bankslawfirm.us

## CERTIFICATE OF SERVICE

  I, an attorney for the plaintiff, certify that I have served a copy the foregoing pleading on the following opposing counsel via ECF notification system this 16th day of October, 2012:

RICHARD N. WATTS

KIM TRAN BRITT

            ___/s/ Charles A. Banks___
            Charles A. Banks