**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MIKE McCARTY**                                                                                    **PLAINTIFF**

**VS.**                                        **5:12-CV-00148-BRW**

**FARM BUREAU MUTUAL INSURANCE
COMPANY OF ARKANSAS, INC.,** *et al.*                                    **DEFENDANTS**

<u>**ORDER**</u>

Pending is Plaintiff's Motion for Declaratory Judgment (Doc. No. 15).  Defendants have

responded,[1] and Plaintiff has replied.[2]  Also pending are the parties' Requests for Oral

Arguments (Doc. Nos. 25, 28).

After reviewing the parties' filings, I believe Plaintiff's Motion is premature.  The parties

are still in the thick of discovery, and this could reveal information relevant to determining

Plaintiff's Motion.  Accordingly, Plaintiff's Motion (Doc. No. 15) is DENIED without prejudice.

Consequently, the parties' Requests for Oral Arguments (Doc. Nos. 25, 28) are also DENIED

without prejudice.

IT IS SO ORDERED this 3rd day of December, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1]Doc. No. 24.

[2]Doc. No. 27.