IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MIKE McCARTY                                                                                    PLAINTIFF

VS.                                           5:12-CV-00148-BRW

FARM BUREAU MUTUAL INSURANCE
COMPANY OF ARKANSAS, INC., *et al.*                                          DEFENDANTS

## ORDER

Pending is Plaintiff's Motion for Declaratory Judgment (Doc. No. 15).  Defendants have responded,[1] and Plaintiff has replied.[2]  Also pending are the parties' Requests for Oral Arguments (Doc. Nos. 25, 28).

After reviewing the parties' filings, I believe Plaintiff's Motion is premature.  The parties are still in the thick of discovery, and this could reveal information relevant to determining Plaintiff's Motion.  Accordingly, Plaintiff's Motion (Doc. No. 15) is DENIED without prejudice.  Consequently, the parties' Requests for Oral Arguments (Doc. Nos. 25, 28) are also DENIED without prejudice.

IT IS SO ORDERED this 3rd day of December, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 24.

[2] Doc. No. 27.