IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MIKE MCCARTY**                                                                          **PLAINTIFF**

**VS.**                               **5:12-CV-00148-BRW**

**SOUTHERN FARM BUREAU**
**CASUALTY INSURANCE COMPANY**                                  **DEFENDANT**

## JUDGMENT

Commencing on June 3, 2013 and concluding on June 5, 2013, I tried this action without a jury. At the conclusion of the evidence, I stated on the record the findings of fact and conclusions of law.[1]

Judgment on Plaintiff's Arkansas Deceptive Trade Practices Act claim is hereby entered in favor of Defendant.

Judgment on Plaintiff's breach-of-contract claim is hereby entered in favor of Plaintiff.

It is ordered that Plaintiff Mike McCarty recover from Defendant Southern Farm Bureau Casualty Insurance Company the amount of $47,059.32 on the breach-of-contract claim.

IT IS SO ORDERED this 10th day of June, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *See* Fed. R. Civ. P. 52(a)(1).