# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  13-2490
_____

Mike McCarty

Plaintiff - Appellee

v.

Southern Farm Bureau Casualty Insurance Company

Defendant - Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Pine Bluff
(5:12-cv-00148-BRW)
_____

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

July 11, 2014

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
       /s/ Michael E. Gans



13-2490 Mike McCarty v. Southern Farm Bureau Casualty "judgment filed sua sponte Reversed/Remanded" (5:12-cv-00148-BRW)
8cc-cmecf-nda
to:
07/11/2014 09:01 AM
Hide Details
From: 8cc-cmecf-nda@ck8.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/11/2014

| | |
|---|---|
| **Case Name:** | Mike McCarty v. Southern Farm Bureau Casualty |
| **Case Number:** | 13-2490 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** The judgment of the originating court is REVERSED and REMANDED in accordance with the opinion.. WILLIAM JAY RILEY, KERMIT E. BYE and JANE KELLY Hrg June 2014 [4174125] [13-2490] (Lorri Brown)

**Notice will be electronically mailed to:**

Mr. J. Grant Ballard: gballard@bankslawfirm.us, gballard@bankslawfirm.us, twright@bankslawfirm.us
Mr. Charles A. Banks: cbanks@bankslawfirm.us
Ms. Kim Tran Britt: kbritt@nct-law.com, jburns@nct-law.com, bmorvant@nct-law.com
Mr. David Michael Donovan: david.donovan@wdt-law.com, allison.intervallo@wdt-law.com
Mr. Robert William Francis: rob@reddickmoss.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Gerald Joseph Nielsen: gjnielsen@nct-law.com, hgregorich@nct-law.com, tphillips@nct-law.com
Mr. William Truman Treas: wtreas@nct-law.com, jlooday@nct-law.com, sdufrene@nct-law.com
Mr. Richard N. Watts: rwatts@wdt-law.com, hmenzie@wdt-law.com


The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:** /opt/ACECF/live/forms/lbrown_132490_4174125_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/11/2014] [FileNumber=4174125-0]
[6bdeb2b462b123a49cd76992afd627b5da7c4f6c1e65a1779c8f423344aafa28394b598d205f8e811ba29a6aa462f73637efbdf311409724bde05f67b4c56830]]
**Recipients:**

- Mr. J. Grant Ballard
- Mr. Charles A. Banks
- Ms. Kim Tran Britt
- Mr. David Michael Donovan
- Mr. Robert William Francis
- Mr. Jim McCormack, Clerk of Court
- Mr. Gerald Joseph Nielsen
- Mr. William Truman Treas
- Mr. Richard N. Watts

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4174125
**RELIEF(S) DOCKETED:**
  Reversed/Remanded
**DOCKET PART(S) ADDED:** 5117641, 5117642, 5117643