## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 13-2490

Mike McCarty

Appellee

v.

Southern Farm Bureau Casualty Insurance Company

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Pine Bluff
(5:12-cv-00148-BRW)
_____

**MANDATE**

In accordance with the opinion and judgment of 07/11/2014, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 05, 2014

Clerk, U.S. Court of Appeals, Eighth Circuit

 13-2490 Mike McCarty v. Southern Farm Bureau Casualty "Mandate Issued" (5:12-cv-00148-BRW)
8cc-cmecf-nda
to:
08/05/2014 10:43 AM
Hide Details
From: 8cc-cmecf-nda@ck8.uscourts.gov
To:

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 08/05/2014

| | |
|---|---|
| **Case Name:** | Mike McCarty v. Southern Farm Bureau Casualty |
| **Case Number:** | 13-2490 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED. [4182591] [13-2490] (Melissa Rudolph)

**Notice will be electronically mailed to:**

Mr. J. Grant Ballard: gballard@bankslawfirm.us, gballard@bankslawfirm.us, twright@bankslawfirm.us
Mr. Charles A. Banks: cbanks@bankslawfirm.us
Ms. Kim Tran Britt: kbritt@nct-law.com, jburns@nct-law.com, bmorvant@nct-law.com
Mr. David Michael Donovan: david.donovan@wdt-law.com, allison.intervallo@wdt-law.com
Mr. Robert William Francis: rob@reddickmoss.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Gerald Joseph Nielsen: gjnielsen@nct-law.com, hgregorich@nct-law.com, tphillips@nct-law.com
Mr. William Truman Treas: wtreas@nct-law.com, jlooday@nct-law.com, sdufrene@nct-law.com
Mr. Richard N. Watts: rwatts@wdt-law.com, hmenzie@wdt-law.com
Honorable Billy Roy Wilson, U.S. District Judge: Bill_Wilson@ared.uscourts.gov


The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:** /opt/ACECF/live/forms/mrudolph_132490_4182591_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=08/05/2014] [FileNumber=4182591-0]
[1f0475d683e22eb1f6902557f176b330ae08444e79a792d83adb11c3bbe6f8e423b0502ae1c5a51a8b8363fadad8ac2f054be419c8d74693b2f7c1a544c7f97f]]
**Recipients:**

- Mr. J. Grant Ballard
- Mr. Charles A. Banks
- Ms. Kim Tran Britt
- Mr. David Michael Donovan
- Mr. Robert William Francis
- Mr. Jim McCormack, Clerk of Court
- Mr. Gerald Joseph Nielsen
- Mr. William Truman Treas
- Mr. Richard N. Watts
- Honorable Billy Roy Wilson, U.S. District Judge

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4182591
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5133350