IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MIKE McCARTY**                                                                                          **PLAINTIFF**

**VS.**                         **5:12-CV-00148-BRW**

**SOUTHERN FARM BUREAU**
**CASUALTY INSURANCE COMPANY**                                     **DEFENDANT**

<u>**ORDER AND JUDGMENT**</u>

Based on the July 11, 2014 ruling by the United States Court of Appeals for the Eighth Circuit,[1] the June 10, 2013 Judgment (Doc. No. 117) is VACATED and JUDGMENT is entered for Defendant.

IT IS SO ORDERED, this 6th day of August, 2014.

                                                                                        /s/ Billy Roy Wilson
                                                                      UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 132, 133.